UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kevin Schmidt,

    Plaintiff,

v.                                Case No.1:22cv041

Brianna Fischer, *et al.*,            Judge Michael R. Barrett

    Defendants.

## **ORDER**

Plaintiff having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the plaintiff has failed to satisfy the following obligation: failure to exercise due diligence in perfecting service of process and of showing that proper service has been made. It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution. Entered in accordance with Rule 4 of the Federal Rules of Civil Procedure.

    **IT IS SO ORDERED.**

                                               s/*Michael R. Barrett*
                                               Michael R. Barrett
                                               United States District Judge